**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| ADAM MARTIN, Petitioner | CIVIL ACTION NO. 5:19-CV-1398-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge (ECF No. 8) previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the § 2254 Petition (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE** to Martin seeking federal habeas review after his conviction becomes final and he exhausts all federal claims in the Louisiana courts.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 23rd day of April, 2020.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE